AO 245B (CASD) (Rev. 4/14) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 20 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| WILBERT ROSS III (13) | Case Number: 14CR1288-DMS |
| | Michael Berg CJA |
| | Defendant's Attorney |

**REGISTRATION NO.** 41931298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) 1, 8 and 9 of the 5th Superseding Indictment

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1962(d) | CONSPIRACY TO CONDUCT ENTERPRISE AFFAIRS THROUGH A PATTERN OF RACKETEERING ACTIVITY | 1 |
| 18 USC 1591(a),(b) and (c) | SEX TRAFFICKING OF A MINOR | 8 |
| 18 USC 1591(a) and (b) | SEX TRAFFICKING BY FORCE, FRAUD OR COERCION | 9 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) remaining _____ is ☐ are ☒ dismissed on the motion of the United States.
☒ Assessment: $300.00 ($100.00 as to each of Counts 1, 8 and 9).

☒ Fine waived    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

July 20, 2016
Date of Imposition of Sentence

HON. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

14CR1288-DMS

AO 245B (CASD) (Rev. 4/14)   Judgment in a Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __3__

DEFENDANT: WILBERT ROSS III (13)
CASE NUMBER: 14CR1288-DMS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

Count 1: LIFE. Count 8: TEN (10) YEARS, concurrent to Count 1. Count 9: FIFTEEN (15) YEARS, consecutive to Count 8, and concurrent to Count 1. All counts will run consecutive to any sentence in the Superior Court of California, County of San Diego, Case No. CD252867.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

14CR1288-DMS

| DEFENDANT: | WILBERT ROSS III (13) | Judgment - Page **3** of **3** |
|---|---|---|
| CASE NUMBER: | 14CR1288-DMS | |

## RESTITUTION

The defendant shall pay restitution in the amount   $43,803.12   unto the United States of America.

Restitution shall be paid through the Clerk, U.S. District Court, as directed in a restitution order to be filed in the future. Restitution of $37,550.87 shall be paid to the California Victim Compensation & Government Claims Board, and $5,252.25 shall be paid to the family of Andres Caldera.

Defendant shall be jointly and severally liable to pay restitution with co-defendants Marcus Anthony Foreman, Germaine Gerald Cook and Terry Carry Hollins.